IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY A. STEPHENS, SR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:12-CV-192(MTT) |
| ) | |
| OFFICER COLLINS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 7). After screening the Complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends dismissing Defendant Dr. Jenkins because the Plaintiff's claims against Dr. Jenkins do not rise to an Eighth Amendment violation. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. Defendant Dr. Jenkins is **DISMISSED**. The claims against the remaining Defendants shall proceed.

**SO ORDERED**, this the 1st day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT