IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOHNNY A. STEPHENS, SR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-192(MTT) |
| | ) |
| **MARILYN GIBSON-BALKCOM,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 67).  The Magistrate Judge recommends granting Defendants Stacy Buffington, Marilyn Gibson-Balkcom, Nekeisha Roberson, and Vickie Oliver's motions for summary judgment (Docs. 38, 40, 42, 43) because the Plaintiff has failed to show any genuine issues of material fact exist regarding the Defendants' alleged deliberate indifference to his serious medical needs.  The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court.  The Defendants' motions for summary judgment are **GRANTED**.

**SO ORDERED**, this the 23rd day of January, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT